ABRAHAM L. BAER, Respondent, v. CONSOLIDATED EDISON CO. OF NEW YORK, INC., Appellant, et al., Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Bastow, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK PALUMBO, Appellant.— Order unanimously affirmed. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Bastow, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RUDOLPH MULLER, Appellant.— Judgment and order unanimously affirmed. No opinion. Present — Peck, P. J., Cohn, Breitel, Bastow and Botein, JJ.

---

FRANK J. STELLA, Respondent, v. JAMES J. FARLEY ASSOCIATION, INC., et al., Appellants, et al., Defendants. ANNE K. TOOMEY, Respondent, v. JAMES J. FARLEY ASSOCIATION, INC., et al., Appellants, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Present — Peck, P. J., Dore, Breitel, Bastow and Botein, JJ. [204 Misc. 998.]

---

BERKELEY INDUSTRIES, a Corporation, Plaintiff, v. BROWN TRUCKING, INC., Defendant and Third-Party Plaintiff-Respondent. GEORGE W. BROWN, Third-Party Defendant-Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Dore, Breitel, Bastow and Botein, JJ.